UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MIKE SWICK,  )  2:09-cv-00224-GEB-GGH
        Plaintiff,  )  ORDER OF DISMISSAL
    v.  )
NCO FINANCIAL SYSTEMS, INC.,  )
        Defendant.  )

On April 27, 2009, the parties filed a "Stipulation to Dismiss with Prejudice" in which they state they have "resolved the action in its entirety;" "[a]s part of said resolution, the parties agree to dismiss the entire action with prejudice[;]" and "[t]he court is to retain jurisdiction for purposes of enforcement of the settlement."

I will not retain jurisdiction over a settlement agreement I have not seen, and "the mere fact that the parties agree that the court [shall] exercise continuing jurisdiction is not binding on the court." Arata v. Nu Skin Intern., Inc., 96 F.3d 1265, 1269 (9th Cir. 1996).

Since the parties have settled this action and agree

this action could be dismissed, this action is dismissed. See Oswalt v. Scripto,Inc., 616 F.2d 191, 195 (5th Cir. 1980) (revealing that "even when no formal dismissal [is] filed with the clerk," a dismissal order may enter to effectuate the parties' intent).

Dated: April 28, 2009

GARLAND E. BURRELL, JR.
United States District Judge